

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2015

No. 04-15-00118-CV

Shirley **ADAMS**, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen
Herbst and R. May Oil & Gas Company, Ltd.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION CO.-USA**, A Delaware Corporation,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-05-0466-CVA
Honorable Stella Saxon, Judge Presiding

## O R D E R

The Appellee's Second Unopposed Motion for Extension of Time to File Brief is
GRANTED. The appellee's brief is due on September 21, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 27th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court